KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Suite 870
Glendale, CA 91210
Telephone: 818-242-6859
Facsimile: 818-240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COUT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KIMBERLY ANDREWS, <br><br> Defendant | Case No.: 2:25-cv-00385-WLH-JC <br><br> DEFAULT JUDGMENT BY CLERK |

In the above-entitled action, the Clerk of this Court having entered on March 26, 2025, a default against KIMBERLY ANDREWS, for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, UNITED STATES OF AMERICA, shall have and recover from Defendant KIMBERLY ANDREWS, $41,307.00 in principal, $34,032.54 in accrued prejudgment interest through April 1, 2025, with interest accruing from April 1, 2025 at the rate of 9.75% per annum ($11.03 per day) until Judgment, with interest thereafter at the legal rate, $0.00 in administrative charges for a total of $75,339.54.

IT IS FURTHER ADJUDGED, that Plaintiff, UNITED STATES OF AMERICA, shall recover from Defendant, KIMBERLY ANDREWS, attorney's fees pursuant to Local Rule 55-3 of $3,078.42.

1

The total judgment including attorney's fees is $78,417.96.

Dated: April 4, 2024

Brian D. Karth   CLERK
United States District Court
Central District of California

_____
By: Deputy Clerk